IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY CHINEA AND JULIO CHINEA, as Parents and Natural Guardians of S.C., a minor, | No. 4:22-CV-00134 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| WOODWARD PENNSYLVANIA, LLC F/K/A POWDR - WOODWARD CAMPS, LLC, *et al.*, | |
| Defendants. | |

# ORDER

### DECEMBER 13, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that both Defendant Brittany Shulman's Motion to Dismiss (Doc. 26) and Defendant Woodward Pennsylvania, LLC's Motion to Dismiss (Doc. 27) are **GRANTED IN PART** and **DENIED IN PART**. Accordingly:

1. Defendants Woodward Camp, Inc; Woodward Camp Properties, Inc.; The Woodward Foundation; Sports Management Group, Inc.; POWDR–Woodward Camps, LLC; and POWDR—Woodward Holdings, LLC are **DISMISSED WITHOUT PREJUDICE**.

2. Count IV of Plaintiffs' First Amended Complaint (Doc. 5) is **DISMISSED WITHOUT PREJUDICE**.

3. Defendants Woodward and Shulman are directed to file an answer to Plaintiff's First Amended Complaint within fourteen (14) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge