IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY CHINEA AND<br>JULIO CHINEA, as Parents and Natural Guardians of S.C., a minor,<br><br>　　*Plaintiffs*,<br><br>　　　v.<br><br>WOODWARD PENNSYLVANIA, LLC f/k/a POWDR – WOODWARD PA, LLC; NATHANIEL SINGER;<br>BRITTANY SHULMAN.<br><br>　　*Defendants*. | CIVIL DIVISION<br><br>No. 4:22-cv-00134-MWB<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

**AND NOW**, this 18th day of June 2024, upon consideration of Plaintiffs' Motion to Amend Caption and Substitute Plaintiff, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. Plaintiff S.C. is substituted for Kelly Chinea and Julio Chinea as the named Plaintiff in this matter.

The clerk will amend the caption of the case to read as follows:

| | | |
|---|---|---|
| S.C. | : | |
| | : | |
| Plaintiff, | : | No. 4:22-cv-00134-MWB |
| | : | |
| v. | : | |
| | : | |
| WOODWARD PENNSYLVANIA, LLC f/k/a POWDR-WOODWARD, PA, LLC, NATHANIEL SINGER, and BRITTANY SHULMAN, | : : : | |
| | : | |
| Defendants. | : | |

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge